IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

**MICHAEL TELEMAQUE, #52332-004**                                **PETITIONER**

**versus**                                       **CIVIL ACTION NO. 5:10-cv-21-DCB-MTP**

**ERIC HOLDER**                                                     **RESPONDENT**

### ORDER TO SHOW CAUSE

On March 22, 2010, this Court entered an order [6] directing the Plaintiff to file a written response to provide specific information regarding his claims, on or before April 6, 2010. The order [6] warned Plaintiff that his failure to timely comply with any order of this Court or his failure to keep this Court informed of his current address would result in the dismissal of this case. Although Plaintiff filed a change of address [7] on March 23, 2010, and a Motion [8] for emergency stay of removal on April 5, 2010, he has not responded to or complied with the Court's order [6] of March 22, 2010. Since the Plaintiff is proceeding *pro se*, he will be provided one final opportunity to comply with the Court's order [6] prior to summary dismissal. Accordingly, it is,

ORDERED that within 15 days of the date of this order, Plaintiff shall file a written response showing cause why this case should not be dismissed for his failure to comply with the Court's order [6] of March 22, 2010;

IT IS FURTHER ORDERED that within 15 days of the date of this order, Plaintiff shall comply with the Court's March 22, 2010 order [6] by filing a written response as set forth in the order;

IT IS FURTHER ORDERED that Plaintiff's "Motion for Magistrate Judge not to make any

request or recommendations" [2] filed March 1, 2010, is denied.

IT IS FURTHER ORDERED that the Plaintiff is warned that his failure to comply with this order in a timely manner or his failure to keep this Court informed of his current address will result in the dismissal of this case, without further written notice to the Plaintiff.

THIS, the     28th     day of April, 2010.

                                        s/ David Bramlette
                                        UNITED STATES DISTRICT JUDGE