

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| MICHAEL TELEMAQUE | : | DOCKET NO. 10-901<br>SECTION "P" |
| VS. | : | JUDGE MINALDI |
| ERIC HOLDER | : | MAGISTRATE JUDGE KAY |

### JUDGMENT

There being no objection to the proposed findings of fact and conclusions of law in the Report and Recommendation of the Magistrate Judge previously filed herein these findings and conclusions are accepted. Alternatively, an independent review of the record has led this court to conclude that the findings and conclusions are entirely correct. Accordingly, it is

ORDERED that this petition for *habeus corpus* be **DISMISSED WITH PREJUDICE.**

IT IS FURTHER ORDERED that all pending motions (including but not limited to Doc. 15) are **DENIED**.

THUS DONE AND SIGNED, in Chambers, at Lake Charles, Louisiana, this ___1___ day of ____Feb____ 2011.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE